

RECEIVED
NOV 1 5 2013
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| JONATHAN WAYNE ALLEN | CIVIL DOCKET NO. 12-3048 |
| -vs- | JUDGE DRELL |
| PORTFOLIO RECOVERY ASSOCIATES | MAGISTRATE JUDGE KIRK |

## ORDER OF DISMISSAL

The Court having been advised by counsel that this matter has been settled,

**IT IS ORDERED** that this action is DISMISSED, without prejudice to the right, upon good cause shown within sixty (60) days of the signing of this Order, to reopen the action if settlement is not consummated. **The Clerk is now requested to close this case.**

**IT IS FURTHER ORDERED** that the parties submit to the Court, in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, a stipulation of dismissal signed by all applicable parties, together with a judgment for execution by the Court. Any motion that may be pending in this case is hereby denied as moot. **The pretrial conference presently scheduled for February 20, 2014 is CANCELLED.**

SIGNED on this /5 day of November, 2013, at Alexandria, Louisiana.

DEE D. DRELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT